UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *  MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | *  SECTION L |
| | *  JUDGE FALLON |
| This document relates to: | * |
| *All Plaintiffs on Attached Exhibits A, B, C & D* | *  MAGISTRATE JUDGE KNOWLES |

*********************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 40199) came on for hearing on the 13th day of May, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the motion is withdrawn as to all plaintiffs on the attached Exhibit A.

IT IS FURTHER ORDERED that the motion is deferred until June 3, 2010, immediately following the monthly status conference that is scheduled for 9:00 a.m., as to all plaintiffs on the attached Exhibit B.

IT IS FURTHER ORDERED that the motion is deferred indefinitely as to all plaintiffs on the attached Exhibit C. The motion will be rescheduled for hearing as to these plaintiffs after the Court rules on pending Motions to Withdraw as Counsel and after expiration of deadlines in any Orders allowing withdrawal of counsel.

1016821v.1

IT IS FURTHER ORDERED that the claims on all plaintiffs on the attached Exhibit D be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 43.

**NEW ORLEANS, LOUISIANA**, this  20th  day of            May            , 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1016821v.1

M013B30669

# EXHIBIT A
## Motion Withdrawn

| | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Suttles, Myrtle | Getty & Childers, PLLC | | Suttles, Myrtle v. Merck & Co., Inc. | 2:05-cv-06132-EEF-DEK |
| 2. | Courreges, Sandra | Matthews & Associates | Barbara Lux | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 3. | Kaar, Lillian | Matthews & Associates | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| 4. | McCoy, Peggy | Matthews & Associates | | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| 5. | Songer, Doris | Matthews & Associates | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |

1

1016825v.1

M013B30670

# EXHIBIT B
## Deferred Until June 3, 2010

| | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Swe, Gilbert | Barrera, Joseph C., Law Offices of | Beauty Swe | Swe, Gilbert Dr. v. Merck & Co., Inc. | 2:06-cv-08314-EEF-DEK |
| 2. | Russel, Donna | Bubalo, Hiestand & Rotman, PLC; Oldfather Law Firm | Robert E. Russel | Russel, Donna C. v. Merck & Co., Inc. | 2:06-cv-00781-EEF-DEK |
| 3. | Hurst, Jimmy | Edwards Law Firm, The | | Hurst, Jimmy R. v. Merck & Co., Inc. | 2:06-cv-10232-EEF-DEK |
| 4. | Schnepf, James | Harding & Moore | Mary-Ann Schnepf | Schnepf, James K. v. Merck & Co., Inc. | 2:06-cv-00321-EEF-DEK |
| 5. | Mitchell-Cockrell, Barbara | Jones, Jr., Bennie L. & Associates | | Singleton, Catherine H. v. Merck & Co., Inc. | 2:09-cv-02413-EEF-DEK |
| 6. | Bilal, Jamaal | Pro Se | | Bilal, Jamal A. v. Merck & Co., Inc. | 2:06-cv-02364-EEF-DEK |
| 7. | Lyon, Robert | Pro Se | | Lyon, Robert v. Merck & Co., Inc. | 2:07-cv-01077-EEF-DEK |
| 8. | Beasley, Sherwood | Ron Benjamin | Lisa Beasley | Beasley, Sherwood v. Merck Sharp & Dohme Corp. | 2:09-cv-07790-DEK-EEF |
| 9. | Facenda, Estelle | Weykamp, Paul A., Law Offices of | Leo Facenda | Facenda, Estelle v. Merck & Co., Inc. | 2:05-cv-05102-EEF-DEK |
| 10. | Hudson, Doris | Weykamp, Paul A., Law Offices of | Sharon Lawson | Lawson, Sharon v. Merck & Co., Inc. | 2:05-cv-05116-EEF-DEK |
| 11. | Palmore, Terrell | Yearout & Traylor, P.C. | | Palmore, Terrell v. Merck & Co., Inc. | 2:06-cv-10075-EEF-DEK |

1016826v.1

M013B30671

# EXHIBIT C
## Deferred Pending Action on Motions to Withdraw, to be Reset at a Later Date

|   | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Gray, Ken | Carey & Danis, LLC | | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| 2. | Wake, Mervin | Carey & Danis, LLC | | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK |
| 3. | Mayo, Veronica | Lanier Law Firm, PC | | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 4. | Taylor-Beck, Dimitri | Lanier Law Firm, PC | | Ahl, June v. Merck & Co., Inc. | 2:05-cv-00548-EEF-DEK |
| 5. | Novick, Kenneth | Levin, Papantonio, Thomas, Mitchell, Eshner & Proctor P.A. | | Novick, Kenneth v. Merck & Co., Inc. | 2:07-cv-07756-EEF-DEK |
| 6. | Garcia, Richard | Mainor, Eglet, Cottle LLP | Janet Ann Garcia | Chapman, Don v. Merck & Co., Inc. | 2:07-cv-00902-EEF-DEK |
| 7. | Grice, Daisey | Murray Law Firm | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 8. | Hall, Suzie | Murray Law Firm | | Ruffino, Marilyn v. Merck & Co., Inc. | 2:05-cv-05443-EEF-DEK |
| 9. | Johnson, Bill | Murray Law Firm | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 10. | Meadows, Essie | Murray Law Firm | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 11. | Collier, Deborah | Salim, Robert L. | | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |

1016827v.1

M013B30672

# EXHIBIT D
# Dismissed With Prejudice

| | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Gatewood, Burnett | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Sandra Morrow | Harris, Albert R v. Merck & Co., Inc. | 2:07-cv-09607-EEF-DEK |
| 2. | Lewis, Kimberly | Becnel Law Firm, LLC | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 3. | Thurmond, Margie | Becnel Law Firm, LLC | | Bean, Carolyn v. Merck & Co., Inc. | 2:05-cv-06197-EEF-DEK |
| 4. | Taylor, Theta | Carey & Danis, LLC | | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 5. | McCall, Ronald | Fibich, Hampton & Leebron, LLP | | McCall, Ronald v. Merck & Co., Inc. | 2:06-cv-06807-EEF-DEK |
| 6. | Brisbon, Patricia | Matthews & Associates | | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |
| 7. | Bykowski-Walker, Evelien | Matthews & Associates | | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |
| 8. | Camp, Jennie | Matthews & Associates | | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| 9. | Harper, Rodney | Matthews & Associates | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 10. | Johnson, Pauline | Matthews & Associates | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| 11. | Simpson, JoAnn | Matthews & Associates | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 12. | Williams, Shauna | Matthews & Associates | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 13. | Ford, Donald | Pro Se | | Ford, Donald D. v. Merck & Co., Inc. | 2:05-cv-06207-EEF-DEK |
| 14. | Williams, Johnny | The Simon Law Firm, PC | | Vick, Sonya v. Merck & Co., Inc. | 2:05-cv-01054-EEF-DEK |

1016829v.1